Crosby S. Connolly, Esq. (SBN: 286650)
crosby@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Jitendra Kumar

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JITENDRA KUMAR,**<br><br>                    PLAINTIFF,<br><br>V.<br><br>**GENERAL REVENUE CORPORATION,**<br><br>                    DEFENDANT. | Case No: 4:14-CV-04144-KAW<br><br>NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE<br><br>HON. KANDIS A. WESTMORE |

Plaintiff JITENDRA KUMAR hereby moves this Court to dismiss the above entitled action with prejudice.

WHEREFORE, Plaintiff respectfully requests that this court dismiss this action with prejudice.

Dated: December  , 2014                     **HYDE & SWIGART**

                                                          By:  s/Crosby S. Connolly
                                                                Crosby S. Connolly
                                                                Attorney for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL**          - 1 of 1 -          4:14-cv-04144-KAW